IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZRINE AHCENE,

    Petitioner,                              No. CIV S-06-1839 LKK KJM P

    vs.

ALBERTO R. GONZALES, et al.,

    Respondents.                         ORDER

_____/

        Petitioner, an individual detained by the United States Office of Immigration and Customs Enforcement, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241 together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. The Federal Defender is appointed to represent petitioner. The docket for this action shall reflect that Ann McClintock, Assistant Federal Defender, is petitioner's attorney of record. Petitioner's counsel is directed to contact the Clerk's Office to make arrangements for copies of the documents in the file.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of petitioner's application for a writ of habeas corpus upon the United States Attorney for the Eastern District of California.

4. Respondents shall serve and file certified copies of petitioner's INS A-file within a reasonable time but no later than thirty days after this order is served.

5. Within thirty days after the filing of petitioner's INS A-file, the parties shall propose a briefing schedule by lodged stipulation and order.

6. A status conference will be set upon written request by any party.

DATED: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
ahce1839.110