McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Respondents


## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| AZRINE AHCENE, | ) | CV S 06-1839 LKK KJM P |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT STIPULATION** |
| ALBERTO GONZALES, et al., | ) | **REGARDING BRIEFING** |
| | ) | **SCHEDULE AND ORDER** |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Court's order of September 22, 2006, the parties hereby propose the following briefing schedule in this immigration case:

Petitioner's opening brief and/or amended petition for writ of habeas corpus due December 19, 2006.

Respondents' answering brief due January 16, 2007.

Petitioner's response due January 30, 2007.


At this time the parties do not anticipate the need for a hearing date on this matter.

Should a hearing date be necessary, the parties will propose such date at the close of briefing, after consultation with the Court.

Dated: November 20, 2006                    Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney


                          By:    /s/Audrey Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorneys for the Respondents

                                 /s/ Carolyn Wiggin
                                 Carolyn Wiggin
                                 Office of the Federal Defender
                                 Attorney for the Petitioner


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner's opening brief is due December 19, 2006, respondents' answering brief is due January 16, 2007, and Petitioner's response is due January 30, 2007.

IT IS SO ORDERED.

DATED:  November 29, 2006.

_____
U.S. MAGISTRATE JUDGE