DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
AZRINE AHCENE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AZRINE AHCENE, | ) | NO. Civ. S-06-1839 LKK KJM |
| | ) | |
| Petitioner, | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| v. | ) | BRIEFING DEADLINES |
| | ) | |
| ALBERTO GONZALES, ET AL., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

   On November 30, 2006, this Court issued an order setting forth the following briefing schedule in this case:

   Petitioner's opening brief and/or amended petition for writ of habeas corpus is due by December 19, 2006;

   Respondents' answering brief is due by January 16, 2007; and

*Ahcene v. Gonzales, et al.*
Civ. S-06-1839 LKK KJM
Stip. & Order                                    1

1           Petitioner's response is due by January 30, 2007.

2           Respondent believes and has informed Petitioner's counsel that
3   Petitioner Azrine Ahcene was deported from the United States to Algeria
4   on or about December 7, 2006.  If this is true, then all of the claims
5   in Mr. Ahcene's petition regarding the legality of his detention by
6   United States immigration officials are moot.  However, Respondent has
7   not yet been able to obtain documentation from the Bureau of
8   Immigration and Customs Enforcement ("BICE") verifying that the
9   deportation took place.  For this reason, the parties cannot yet agree
10  that the case should be dismissed as moot.

11          Respondent will continue to seek documentation from BICE verifying
12  that the deportation took place.  Once Respondent obtains this
13  documentation and provides Petitioner's counsel with a copy, the
14  parties will promptly agree to dismissal of the petition as moot and
15  file the appropriate stipulation and order with the Court.  However, in
16  the mean time, the parties ask that the briefing dates be extended so
17  that the parties can avoid briefing issues that are, in all likelihood,
18  already moot.  The parties ask that the Court approve the following
19  briefing schedule:

20          Petitioner's opening brief and/or amended petition for
            writ of habeas corpus shall be due no later than January
21          22, 2007;

22          Respondents' answering brief shall be due no later than
            February 19, 2007; and

23

24

25

26

27  *Ahcene v. Gonzales, et al.*
    Civ. S-06-1839 LKK KJM
28  Stip. & Order                        2

1        Petitioner's response shall be due no later than March 5,
2        2007.

3   Dated:  December 18, 2006
                                        Respectfully submitted,
4
                                        DANIEL J. BRODERICK
5                                       Federal Defender

6

7                                       Carolyn M. Wiggin
                                        CAROLYN M. WIGGIN
8                                       Assistant Federal Defender

9                                       Attorney for Petitioner
                                        AZRINE AHCENE
10

11
                                        McGREGOR W. SCOTT
12                                      United States Attorney

13

14                                      Audrey B. Hemesath
                                        Audrey B. Hemesath[1]
15                                      Assistant U.S. Attorney
                                        Attorneys for the Respondents
16

17   _____

18

19                              ORDER

20
        As provided by the foregoing Joint Stipulation, for the reasons
21
     stated therein, and good cause appearing, IT IS HEREBY ORDERED that:
22
            Petitioner's opening brief and/or amended petition for
23          writ of habeas corpus shall be due no later than January
            22, 2007;
24

25   ───────────────

26        [1]Per telephonic authorization by Carolyn K. Delaney, Assistant
     United States Attorney.

27   *Ahcene v. Gonzales, et al.*
     Civ. S-06-1839 LKK KJM
28   Stip. & Order                    3

1
2     Respondents' answering brief shall be due no later than February 19, 2007; and

3     Petitioner's response shall be due no later than March 5, 2007.

4   IT IS SO ORDERED.

5

6 Dated: December 19, 2006.

7

8                                          _____
9                                          U.S. MAGISTRATE JUDGE

10

*Ahcene v. Gonzales, et al.*
Civ. S-06-1839 LKK KJM
Stip. & Order                     4