```
DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
AZRINE AHCENE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZRINE AHCENE,<br><br>        Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, ET AL.,<br><br>        Respondent.<br>_____ | NO. Civ. S-06-1839 LKK KJM<br><br>STIPULATION AND ORDER TO DISMISS PETITION AS MOOT<br><br><br><br>Judge: Hon. Kimberly J. Mueller |

    Petitioner Azrine Ahcene's petition for a writ of habeas corpus in this matter challenges his detention by the Bureau of Immigration and Customs Enforcement ("BICE").

    On December 7, 2006, Mr. Ahcene was deported from the United States and thus he is no longer in the custody of United States officials. Mr. Ahcene's challenge to his detention by United States officials is therefore moot.

*Ahcene v. Gonzales, et al.*
Civ. S-06-1839 LKK KJM
Stip. & Order                              1

1     Pursuant to 28 U.S.C. Section 636(c), the parties consent to the
2 magistrate judge entering a final order dismissing this case.

Dated: January 18, 2007

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             _____
                                             CAROLYN M. WIGGIN
                                             Assistant Federal Defender

                                             Attorney for Petitioner
                                             AZRINE AHCENE


                                             McGREGOR W. SCOTT
                                             United States Attorney


                                             _____
                                             Audrey B. Hemesath[1]
                                             Assistant U.S. Attorney
                                             Attorneys for the Respondents

_____

<u>ORDER</u>

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the petition be dismissed as moot.

    IT IS SO ORDERED.

Dated:   January 24, 2007.

                                             U.S. MAGISTRATE JUDGE

---

[1] Per telephonic authorization by Carolyn K. Delaney, Assistant United States Attorney.

*Ahcene v. Gonzales, et al.*
Civ. S-06-1839 LKK KJM
Stip. & Order                            2